FILED IN OPEN COURT

2-16-2024

CLERK, U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO.  3:24-cr-29-MMH-LLL

18 U.S.C. § 932(b)(2)

DESMOND LEE MAXWELL

## INFORMATION

The United States Attorney charges:

## COUNT ONE

Beginning on an unknown date, but no later than in or about November 22, 2022, and continuing through on or about January 2, 2024, in the Middle District of Florida, the defendant,

DESMOND LEE MAXWELL,

did knowingly conspire with others, both known and unknown to the United States, to purchase firearms, including but not limited to, a Glock pistol, a Manta Machining rifle, and three Century Arms pistols, in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person intended to use, carry, possess, or otherwise dispose of the firearms in furtherance of a felony or a drug trafficking crime.

In violation of 18 U.S.C. § 932(b)(2) and (c)(2).

## FORFEITURE

1.     The allegations contained in Count One are incorporated by referenced

for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 934(a)(1)(A), 18 U.S.C.

§ 924(d) and 28 U.S.C. § 2461(c).

2.     Upon conviction of the violation of 18 U.S.C. § 932(b)(2), the defendant

shall forfeit to the United States, pursuant to 18 U.S.C. § 934(a)(1)(A), 18 U.S.C. §

924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved or used in

the commission of these offenses; any property constituting, or derived from, any

proceeds obtained, directly or indirectly, as the result of such violation; and any

property used, or intended to be used, in any manner or part, to commit, or to

facilitate the commission of, such violation.

3.     The property to be forfeited includes, but is not limited to, the

following:

      a.     a Century Arms Micro-Draco 7.62 caliber pistol, bearing serial
           number 22PMD37506;

      b.     a Smith and Wesson 9mm pistol, bearing serial number
           FCY7081; and

      c.     all related magazines and ammunition seized in conjunction with
           these firearms.

4.     If any of the property described above, as a result of any act or omission

of the defendant:

      a.     cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

ROGER B. HANDBERG
United States Attorney

By: _____

AAKASH SINGH
Assistant United States Attorney

By: _____

KIRWINN MIKE
Assistant United States Attorney

By: _____

FRANK TALBOT
Assistant United States Attorney
Chief, Jacksonville Division